ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
Sep 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DANTE IACOVIELLO,<br><br>          Defendants. | CASE NO.  2:25-cr-0211 WBS<br><br>INFORMATION<br><br>18 U.S.C. § 371 – Conspiracy<br><br>**FILED UNDER SEAL** |

<u>BILL</u> <u>OF</u> <u>INFORMATION</u>

**<u>GENERAL ALLEGATIONS</u>**

The United States Attorney charges, T H A T:

   At all times relevant to the Bill of Information:

**<u>The Terrorgram Collective</u>**

   1.     Telegram Messenger ("Telegram") is a digital communications platform that allows users from around the world to send encrypted one-on-one messages, participate in group chats, share files, and operate and subscribe to "channels" that broadcast messages and content.

   2.     "The Terrorgram Collective," commonly referred to as "Terrorgram"—a combination of the words "terrorism" and "Telegram"—is a network of channels, group chats, and users on Telegram that promote white supremacist accelerationism: an ideology centered on the belief that the white race is superior; that society is irreparably corrupt and cannot be saved by political action; and that violence and

terrorism is necessary to ignite a race war and "accelerate" the collapse of the government and the rise of a white ethnostate.

3. To achieve its vision of white revolution and domination, Terrorgram solicited terrorist attacks, including, but not limited to:

    a. Bias-motivated attacks against groups deemed by Terrorgram to be enemies of the white race;

    b. Attacks on government infrastructure, such as government buildings and energy facilities, which Terrorgram believes will ignite a race war and help accelerate the collapse of government and society; and

    c. Attacks on "high-value targets"—like politicians and government officials—whom Terrorgram sees as perpetuating an irredeemable society and whose murders Terrorgram believes would sow chaos and further accelerate the government's downfall.

4. MATTHEW ROBERT ALLISON ("ALLISON") and DALLAS ERIN HUMBER ("HUMBER") joined Terrorgram in 2019, and became leaders of the group in the summer of 2022, after previous leaders were arrested and charged with terrorism offenses or became aware that they were the subject of terrorism related investigations. As leaders of the Terrorgram Collective, ALLISON and HUMBER ran Terrorgram channels and group chats; contributed to and disseminated Terrorgram videos and publications, such as The Hard Reset, White Terror, and The List; solicited Terrorgram users to commit bias-motivated attacks against racial enemies and terrorist attacks on critical infrastructure; provided guidance and instructions to equip Terrorgram users to carry out those attacks; and inspired Terrorgram users to become "Saints" by committing an attack in furtherance of white supremacist accelerationism.

5. DEFENDANT DANTE IACOVIELLO ("IACOVIELLO") joined Terrorgram in 2019. As a member of the Terrorgram Collective, IACOVIELLO participated in several Terrorgram chats and ran several Terrorgram channels; contributed to Terrorgram publications Militant Accelerationism and The Hard Reset; and solicited Terrorgram users to commit bias-motivated attacks against racial enemies.

///

///

**The Hard Reset**



6.  "The Hard Reset" is a digital publication explaining and justifying Terrorgram ideology; providing detailed instructions and tactical advice for carrying out bias-motivated violence and committing terrorist attacks on critical infrastructure; providing instructions for making bombs and explosives, including Napalm, thermite, chlorine gas, pipe bombs, and dirty bombs; identifying targets to attack; instructing readers how to effectively run a terror cell; celebrating terrorist attacks and violent extremism; and inciting readers to terrorist action in support of Terrorgram's cause.

7.  ALLISON, HUMBER, and IACOVIELLO, working together and in collaboration with other persons known and unknown to the United States Attorney, helped create, edit, and disseminate The Hard Reset.

8.  HUMBER narrated "The Hard Reset" and disseminated it in audiobook form.

**Solicitation of Bias-Motivated Attacks**

9.  ALLISON, HUMBER, and IACOVIELLO used Terrorgram channels, chats, and direct messages to solicit Terrorgram users to commit bias-motivated attacks targeting victims because of their race, religion, national origin, sexual orientation, and gender identity. Examples include, but are not limited to, the following:

a. On or about July 4, 2023—during protests in France following the fatal police shooting of Nahel Merzouk—HUMBER posted a photograph of a sniper aiming a rifle, with the caption: "A MESSAGE TO ARMED AND POTENTIALLY LETHAL FRENCH BROS: Don't cower in your rooms, waiting for the nigger riots to stop. Instead, load your magazines and get cozy. You know what to do - what MUST be done. Every fiber of your being knows. Don't second-guess your Racial Duty. Don't breathe a word of what you're planning to anyone, and make every shot count."

b. On or about June 22, 2023, HUMBER posted (and ALLISON re-posted): "Just this week in fact the Justice Department announced it had arrested a man alleged to have been threatening violent disruption of Nashville's upcoming Pride celebration — with 'shrapnel pressure cooker bombs' or 'a mass shooting.' ACTION > THREATS. If you're terrorpilled enough to KNOW WHAT MUST BE DONE keep your fucking mouth shut and 👏 MAKE 👏 IT 👏 HAPPEN 👏 Fag month isn't over yet there's still time... 😏 HAIL HOLY TERROR"

c. On or about June 1, 2023, HUMBER posted: "Well lads, it's officially fag month. ZOG's fag agenda and their sick, systematic abuse of White children isn't slowing down. It won't stop until YOU stop it. While conservatards might be satisfied fighting back economically, let's be real - there are MUCH better ways to fight back. Mass shootings, arson, bombings, vehicular attacks, the list goes on and the opportunities provided to you this month will be plentiful. Don't let them go to waste. What's more impactful - boycotting Target, or getting dozens of targets in your sights and taking them out permanently? Actions speak louder than words. DIRECT, LETHAL ACTION speaks louder than any boycott. This 'pride month,' give us what we truly need - a new Saint to be proud of, and a glorious new attack to celebrate. You've got the means and the opportunity, all you need is the Will. Don't breathe a word of what you're planning to anyone, and MAKE IT COUNT. 'IF [attacker] CAN KILL FIFTY, IMAGINE WHAT YOU CAN DO.' - The Hard Reset (p. 193) HAIL HOLY TERROR."  Along with the message, HUMBER posted Pages 192 and 193 of The

Hard Reset, which include a photograph from a nightclub massacre in the United States, on June 12, 2016, in which an attacker killed 49 people.

    d. On or about December 23, 2022, HUMBER posted (and ALLISON re-posted) the following message about the murder of three Kurdish immigrants in Paris, France: "Allow me to 'Terrorgram Life Coach' you lads for a moment. Today's mass shooting in Paris is SO much more than a few dead invaders, an early Christmas present, and a nice way to end an already great year. The making of our newest Saint is a truly inspirational story. It's a story about redemption, resilience, and never giving up. First it was a knife in 2016. Then it was a sword in 2021. Finally it was a gun on this glorious day, 2022. It would've been easy to conclude, 'Maybe I'm past my prime, maybe terrorism isn't for me,' and give up... but Saint [attacker] didn't give up. Instead he persisted, and today his tireless efforts paid off. If a 69 year old man living under France's tyrannical gun control laws can carry out a mass shooting, IMAGINE WHAT YOU COULD DO. Believe in yourselves, lads, and never give up. On your path to Victory, to fulfilling your Destiny, to answering your Higher Calling, may nothing impede you. Have no doubt. YOU. GOT. THIS."

    e. On or about November 14, 2022, IACOVIELLO posted an image of a man tied up with rope, along with the following message: "[Victim] has produced 278 interracial pornographic videos. Be the White man who [REDACTS] this jew and you will forever be a hero of your race."

### The Saint Encyclopedia

10. ALLISON, HUMBER, and IACOVIELLO, working together and in collaboration with other persons known and unknown to the United States Attorney, were in the process of creating "The Saint Encyclopedia," a Terrorgram publication that celebrates white supremacist attackers as heroes of the white race—"Saints"—and urges Terrorgram users to follow their path to "Sainthood" by committing an attack in the name of Terrorgram.

///

///

11. The proposed cover of The Saint Encyclopedia, which was created by IACOVIELLO, is comprised of mugshots of white supremacist mass murderers whom Terrorgram celebrates as heroes and Saints (redacted image below):



12. The dedication of The Saint Encyclopedia, which sits between two still shots from the live-streamed massacre of 51 Muslim worshippers in Christchurch, New Zealand, in 2019, reads: "This book is dedicated to our ever-expanding Pantheon of Saints; to the White Men and Women of Action who made this book possible; and to the Saints of tomorrow reading this today. May our words and praise, and the glorious deeds of your predecessors, strengthen your resolve and guide you on your path to Victory."

13. The Saint Encyclopedia includes information on each "Saint" and the murders the Saint committed to further the cause of white supremacist accelerationism, as well as quotes from manifestos of "inner-circle Saints," ten white supremacist mass murderers, to inspire the "Saints of tomorrow" (redacted image below):

/ / /

/ / /

/ / /



### **Terrorgram's Saint Culture**

14. The Saint Encyclopedia is an expression of Terrorgram's broader "Saint" culture, nurtured and weaponized by ALLISON, HUMBER, and IACOVIELLO to inspire Terrorgram users to commit acts of violence.

15. As HUMBER explained in a post on or about May 24, 2022 (which ALLISON re-posted on or about May 26, 2022): "The canonization of mass shooters and amplification of their messages creates an environment where aspiring attackers are increasingly willing to perpetrate violence as a way to honor previous 'saints,' attain sainthood themselves, and inspire future attacks."

16. On or about July 8, 2022, HUMBER posted the below graphic setting forth Terrorgram's "Sainthood Criteria":

[CONTINUED ON NEXT PAGE]



17. On or about November 2, 2022, HUMBER posted (and ALLISON re-posted) the below graphic displaying the "Path to Sainthood":

///
///
///

18. To persuade Terrorgram users to follow the "Path to Sainthood," HUMBER and ALLISON posted messages celebrating past Saints and encouraging Terrorgram users to "join the Pantheon" (i.e., become a Saint by committing a white supremacist attack). Examples include, but are not limited to, the following:

    a. On or about August 28, 2023, HUMBER posted: "There's no love like the love we feel for every Accelerationist mass shooter. Have no doubt, after your Big Day you will be celebrated, admired, honored and defended until the end of time. Keep your head up, be strong and do your best. We believe in you and we can't wait to see what you're capable of! 🥰 💕"

    b. On or about January 1, 2023, HUMBER posted (and the next day, ALLISON re-posted), "Terrorgram's next Saints are out there somewhere, and I hope they're reading this. If you're planning on MAKING 2023 YOUR YEAR, this post is for you. So you've made your decision - this year you're finally gonna do it. We can't wait to see—and celebrate—what you're capable of. Don't breathe a word of what you're planning to anyone in the meantime. Stack 'em high, King. Make them pay. After you initiate, your only regret will be not striking sooner. You. Got. This. HAIL HOLY TERROR."

    c. On or about August 4, 2022, HUMBER posted (and the next day, ALLISON re-posted), Page 247 of The Hard Reset, titled, "A Letter to the Next Disciples," which encourages future Saints to plan and follow through with an attack, and advises future Saints about how to write a manifesto, successfully carry out an attack, and get away with it.

    d. On or about June 8, 2022, HUMBER posted, "More Saints, more attack methods, more targets. That's my vision and hope for the future. Broaden our horizons in terms of methods and target selection but don't abandon conventional terrorism. It works for a reason."

    e. On or about March 15, 2022, HUMBER posted, "Saints aren't Gods but they've ascended beyond ordinary men. They were all ordinary men, then took extraordinary action for the sake of Our People. They are in fact the only soldiers in this war against the White Race. No military is fighting for us. No govt is protecting our people and defending our interests. The ONLY people fighting for us are lone wolves who, as [one of the ten mass murderers

referenced in Paragraph 22, above] said, 'couldn't go another day watching these things happen to my people and doing nothing about it.' They answered a higher calling and they made the ultimate sacrifice for us."

  f. On or about March 15, 2022, HUMBER stated in ALLISON's group chat that she posted the above quote for a specific Terrorgram user she was targeting for radicalization. HUMBER wrote: "He's like 18yo and seems very impressionable, I'm trying to radicalize him."

### Terrorgram Users Incited to Action

19. Guided by Terrorgram posts, publications, videos, and instruction manuals and inspired by Terrorgram's Saint culture, several Terrorgram users have carried out attacks in order to become "Saints," or were planning to do so when they were arrested or otherwise disrupted by law enforcement. Examples include, but are not limited to, the following:

20. **Attacker 1.**  On or about October 12, 2022, a 19-year-old from Slovakia known to the United States Attorney (hereinafter, "Attacker 1") shot three people, killing two, at an LGBT bar in Bratislava, Slovakia; sent his manifesto to ALLISON; then killed himself.

  a. In Attacker 1's manifesto, "A Call To Arms," which HUMBER later narrated and turned into an audiobook, Attacker 1 thanked Terrorgram for inspiring and guiding him:

    i. In a section titled, "Recommended Reading," Attacker 1 listed "Militant Accelerationism and The Hard Reset by Terrorgram Collective," commenting: "If the other books give a theoretical and fictional base for our resistance, these two provide the practical means for it."

    ii. In a section titled, "Special Thanks," Attacker 1 thanked a former Terrorgram leader who was convicted of terrorism offenses, as well as the "Terrorgram Collective," adding, "You know who you are. Thank you for your incredible writing and art, for your political texts; for your practical guides. Building the future of the White revolution, one publication at a time."

///
///

        iii. The final sentence of Attacker 1's manifesto is "Make it Count!", which is a commonly used phrase on Terrorgram meaning to kill as many people as possible during an attack.

    b. In the year leading up to Attacker 1's attack, Attacker 1 was active on Terrorgram and had frequent conversations with ALLISON, HUMBER, and other Terrorgram leaders, including, but not limited to, the following conversations:

        i. On or about July 15, 2022, HUMBER told other members of her group chat, including Attacker 1, "If you became a Saint I'd narrate your book. That's the cost of admission, so to speak." HUMBER later clarified: "Dead targets or I don't care."

        ii. In the same group chat, Attacker 1 posted, "Finished reading The Hard Reset. It's excellent - on par with Mil[itant] Accel[erationism]" (a previous Terrorgram publication). Attacker 1 identified "a letter to the disciples"—a page from The Hard Reset that HUMBER and ALLISON disseminated, as detailed in Paragraph 18c of this Information—as one of the "best parts" of The Hard Reset. HUMBER replied, "I hope the next Saints out there read those passages and feel inspired."

    c. After Attacker 1's attack, HUMBER and ALLISON took credit, on behalf of Terrorgram, for inspiring and guiding Attacker 1 and celebrated him as "Terrorgram's first Saint":

        i. On or about October 13, 2022, HUMBER posted a "New Saint Announcement," which ALLISON re-posted, that reads: "October 12, 2022 – a new Saint arose in Bratislava, Slovakia. The absolute madlad, [Attacker 1], became Saint [mass murderer's] 6th Disciple, and Terrorgram's very first Saint. He released his manifesto online before shooting up an LGBT coffee shop, killing 2 fags and injuring a waitress, before escaping. While evading police, he actively posted on his Pol thread and trolled fag sympathizers on Twitter. He had many more targets on his to-do list, but ran out of ammo before he could reach them. Unable to continue, he took his own life. We encourage all of you to read his 🔥 FIRE AF 🔥 manifesto, 'A Call To Arms.' Saint [Attacker 1]'s place in the Pantheon is

| | |
|---|---|
| 1 | undisputed, as is our enthusiastic support for his work.  We thank him from the |
| 2 | bottom of our hearts and we will never forget his sacrifice.  His Saint card is |
| 3 | coming very soon, but this exciting announcement couldn't wait.  FUCKING |
| 4 | HAIL, BROTHER!!! 🙏 😻 💕 |

        ii. On October 19, 2022, ALLISON and HUMBER posted the audiobook of Attacker 1's manifesto, which HUMBER narrated.

Between January 1, 2023, and October 12, 2023, HUMBER and ALLISON posted messages and images celebrating Attacker 1's attack, including the following fake newspaper cover:



    21.    **Attacker 2.** On or about July 10, 2024, an 18-year-old from the United States known to the United States Attorney (hereinafter, "Attacker 2") was arrested for plotting an attack on an energy facility in New Jersey.

        a. Before his arrest, Attacker 2 was active in Terrorgram group chats, where he consumed and spread Terrorgram material, including White Terror and The Hard Reset.

        b. In January 2024, in a Terrorgram group chat with HUMBER, Attacker 2 asked for

"recommended documentaries about our guys, made by our guys," elaborating that he was looking for something "like White Terror." HUMBER posted the audiobook of a Saint manifesto she narrated titled, "A White Boy Summer To Remember."

    c. On or about April 14, 2024, in a Terrorgram group chat with ALLISON and HUMBER, the chat administrator posted "The BTC Movie Trilogy," which is a compilation of hours of accelerationist propaganda videos created by ALLISON. In response, a group chat participant asked the administrator to post "Crimepilled" videos, additional videos created and/or disseminated by ALLISON that provide guidance for committing attacks. The chat administrator posted several "Crimepilled" videos, including instructions for making homemade explosives, instructions for using Mylar balloons to commit an attack on an energy facility, and a "lone wolf" guide for committing a mass-casualty attack. Attacker 2 thanked the chat administrator for posting the videos and asked the chat administrator to send him more videos via direct message.

    d. On two occasions in June and July 2024, at Attacker 2's direction, Attacker 2 and another individual (who, unbeknownst to Attacker 2, was a Federal Bureau of Investigation undercover special agent (hereinafter, "UC"), drove to two different electrical substations in North Brunswick and New Brunswick, New Jersey. During these visits, Attacker 2 solicited the UC to conduct an electrical substation attack and advised the UC how to do so. Attacker 2 told the UC to use Mylar balloons to short-circuit a transformer—the same method recommended in ALLISON's Crimepilled video. Attacker 2 sent a copy of The Hard Reset to the UC, and told the UC that The Hard Reset "is really the only thing you need . . . . It has ideology, it has how to guides, it has ideas for funny things, it goes into how you should plan it, it goes into the thought process."

22.     **Attacker 3.** On or about August 12, 2024, an 18-year-old from Turkey known to the United States Attorney (hereinafter, "Attacker 3")—wearing a Siege mask, helmet, and tactical vest attired with a Sonnenrad and Totenkopf—livestreamed himself stabbing five people outside of a mosque in Eskişehir, Turkey.

    a. On the morning of the attack, Attacker 3 posted in a Telegram group chat the message,

"Come see how much humans I can cleanse". The post included links to a livestream and images and PDF files.

b. An individual describing himself as a friend of the attacker later broadcasted the livestreamed attack over X (formerly known as Twitter), using the account @HolyTerrorist1 (display name Total Human Death). The tweet included a link to the livestream, the attacker's manifesto, and PDFs the attacker wished to share.

c. The PDFs shared by Attacker 3 included several Terrorgram publications—The Hard Reset, Do It For The Gram, Militant Accelerationism—that Attacker 3 explained, in his manifesto, have information that is useful to planning and committing an attack. The PDFs shared by Attacker 3 included manifestos of several Terrorgram Saints, including Attacker 1. In his manifesto, Attacker 3 expressed a desire to be recognized as a Saint and encouraged others to livestream their attacks to inspire future Saints.

d. After the attack, members of HUMBER and ALLISON's Terrorgram group chat discussed the mass-stabbing and its connections to Terrorgram. HUMBER posted: "He included the Terrorgram books and other Saint manifestos in his file dump, gives shoutouts to the other Saints in his manifesto and references several Hard Reset passages, he was 100% our guy. But he's not White so I can't give him an honorary title. We still celebrating his attack tho, he did it for Terrorgram." HUMBER also posted: "We can hail him anyway, we just can't add him to the Pantheon. But yeah it's a great development regardless, inspiring more attacks is the goal and anyone claiming to be an accelerationist should support them."

[CONTINUED ON NEXT PAGE]

COUNT ONE: [18 U.S.C. § 371 – Conspiracy]

The United States Attorney charges:  T H A T

DANTE IACOVIELLO,

defendant herein, as follows:

1. The General Allegations of this Information are realleged and incorporated herein.

2. Beginning in or about January 2022, and continuing through in or about September 2024, in the State and Eastern District of California, and elsewhere, knowingly and intentionally conspired and agreed with DALLAS HUMBER, MATTHEW ALLISON, and other persons known and unknown to the United States Attorney, to solicit, command, induce, or otherwise endeavor to persuade another person to engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States—specifically, to willfully cause bodily injury to any person because of the actual or perceived race, color, religion, or national origin of any person, in an attempt to kill, in violation of Title 18, United States Code, Sections 249(a)(1) and 249(a)(1)(B)(ii)—under circumstances strongly corroborative of that intent, in violation of 18 U.S.C. § 373.

**Manner and Means of the Conspiracy**

3. ALLISON, HUMBER, and IACOVIELLO radicalized, inspired, and solicited others to commit attacks in furtherance of Terrorgram's mission.

**Overt Acts Committed in Furtherance of the Conspiracy**

4. In furtherance of the conspiracy and to effect the objects thereof, HUMBER, ALLISON, and IACOVIELLO, within the Eastern District of California and elsewhere, committed overt acts within the dates of the charged conspiracy, including the following:

   a. HUMBER, ALLISON, and IACOVIELLO worked together, and with other persons known and unknown to the United States Attorney, to create The Hard Reset, a Terrorgram publication described in Paragraph 6 of the General Allegations.

   b. HUMBER, ALLISON, and IACOVIELLO used Terrorgram channels and chats to solicit Terrorgram users to commit bias-motivated attacks targeting victims because of their race, religion, national origin, sexual orientation, and gender identity, including but not

limited to the posts set forth in Paragraph 9 of the General Allegations, with each post constituting an independent overt act.

    c. HUMBER, ALLISON, and IACOVIELLO worked together, and with other persons known and unknown to the United States Attorney, to create "The Saint Encyclopedia," a Terrorgram publication described in Paragraphs 10-13 of the General Allegations.

All in violation of Title 18, United States Code, Section 371.

                                                   ERIC GRANT
                                                   United States Attorney

Dated: September 11, 2025        By:   *Robert Abendrroth*
                                                     ROBERT ABENDROTH
                                                     Assistant United States Attorney

<u>**United States v. Dante Iacoviello**</u>
Penalties for Information

**<u>Defendant</u>**
**DANTE IACOVIELLO**

**<u>COUNT 1</u>:**       **DANTE IACOVIELLO**

VIOLATION:       18 U.S.C. § 371 – Conspiracy

PENALTIES:       Maximum five-year term of imprisonment
                 Maximum $250,000 fine or both fine and imprisonment
                 Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)