ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Sep 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANTE IACOVIELLO, <br><br> Defendant. | CASE NO. 2:25-cr-0211 WBS <br><br> [PROPOSED] SEALING ORDER <br><br> **UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the information, the United States' petition to seal, the Order to Seal, and all documents docketed in connection with the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: September 11, 2025

HONORABLE JEREMY D. PETERSON
U.S. MAGISTRATE JUDGE