ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

    United States Attorney's Office
    501 I Street, Suite 10-100
    Sacramento, CA. 95814
    Telephone: (916) 554-2700

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-3847

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

**FILED**
Sep 19, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                    v.<br><br>DANTE IACOVIELLO,<br><br>                        Defendant. | CASE NO. 2:25-CR-0211 DC<br><br>NOTICE OF PLEA AGREEMENT AND MOTION TO SCHEDULE CHANGE-OF-PLEA HEARING<br><br>**FILED UNDER SEAL** |

The United States of America, by and through undersigned counsel, and Defendant Dante Iacoviello, by and through his counsel of record (together, "the parties"), hereby provide notice that the parties have entered into a plea agreement in the above-captioned case; and hereby move to schedule an arraignment before Magistrate Judge Kim on Thursday, September 25, 2025, and a change-of-plea hearing before District Judge Coggins on Friday, September 26, 2025, if those dates are available for the Court. For the reasons set forth in the government's motion to seal the Information and other pleadings in this matter, the government requests that this notice and motion, and any corresponding order, be filed under seal.

| | | |
|---|---|---|
| ERIC GRANT<br>United States Attorney<br>Eastern District of California | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | JOHN A. EISENBERG<br>Assistant Attorney General<br>National Security Division |
| /s/ *Robert Abendroth*<br>ROBERT ABENDROTH<br>Assistant U.S. Attorney | /s/ *Christopher J. Perras*<br>CHRISTOPHER J. PERRAS<br>Special Litigation Counsel | /s/ *Patrick Cashman*<br>PATRICK CASHMAN<br>Trial Attorney |

Dated: September 19, 2025            /s/ *Gary Springstead*
                                     Gary Springstead
                                     Counsel for Dante Iacoviello